IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHIRLENE LEWIS and
CLARK LEWIS                                                                                   PLAINTIFFS

v.                                       Case No. 1:22-cv-1062

FORD MOTOR COMPANY                                                                DEFENDANT

## ORDER

Before the Court is a Motion for Voluntary Dismissal filed by Plaintiffs. ECF No. 11. Plaintiffs move the Court to dismiss their claims against Defendants. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of February, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge